# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 30, 2013

Robert P. Young, Jr.,
Chief Justice

147165

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

TAMARA FILAS,
            Plaintiff-Appellant,

v

SC: 147165
COA: 308395
Wayne CC: 11-002576-CZ

DEARBORN HEIGHTS SCHOOL DISTRICT 7,
JEFFREY BARTOLD, CHARLENE COULSON,
DEARBORN HEIGHTS BOARD OF
EDUCATION, CINDY DESMIT, MANDY
DIROFF, LORI FUJITA, CHRISTINE
KOWALSKI, DAVID MACK, ANGELA
RUDOLPH, PHILLIP SHANNON, VIRGINIA
MORGAN, and DENISE RAFFERTY,
            Defendants-Appellees.

_____/

      On order of the Court, the application for leave to appeal the April 16, 2013 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



      I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 30, 2013

Clerk

p0923